# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
DEC 1 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:15-mj- 408 |
| | ) | |
| **v.** | ) | |
| | ) | *UNDER SEAL* |
| **(1) TOMAS BARAJAS-RODRIGUEZ** | ) | |
| **(2) ALVARO FRANCISCO-SALGUERO** | ) | |
| **(3) JAIME GOMEZ** | ) | |
| **(4) ESTEBAN PENA-ESTRADA** | ) | |
| **(5) EDGAR SANCHEZ-ZEPEDA** | ) | |
| | ) | |

## ORDER SEALING CRIMINAL COMPLAINT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 1st day of December 2015.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE