UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:15-cr-299-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| **v.**  ) | |
| ) | **ORDER** |
| **(3) JAIME GARCIA GOMEZ**  ) | |
| **(4) ESTEBAN PENA-ESTRADA**  ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss the case as to Defendants (3) Jaime Garcia Gomez and (4) Esteban Pena-Estrada in the above-captioned case filed by the United States. (Doc. No. 110).

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss (Doc. No. 110) is **GRANTED**, and the bill of indictment as to Defendants (3) Jaime Garcia Gomez and (4) Esteban Pena-Estrada in the above-captioned case is hereby dismissed.

Signed: April 26, 2024

Max O. Cogburn Jr.
United States District Judge